```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Santiago Rocael Perez Ramirez,

                Plaintiff,

-against-

A Spice Route, Inc. et al,

                Defendants.

1:19-cv-07641 (JPO) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Due to recent public health concerns, the settlement conference scheduled for Thursday, April 23, 2020, at 10:00 a.m., shall proceed as a telephone conference during which the Court shall hear the parties' positions regarding settlement. While the Court understands that at least one party is opposed to conducting a settlement conference by telephone, the Court wishes to explore during the call whether settlement can be reached or whether other remote options are available and appropriate. Each party's clients or client representatives may participate in the call, but are not required to do so.

The Court will provide the parties dial-in information separately by email.

**SO ORDERED.**

DATED:    New York, New York
             March 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge