```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SANTIAGO ROCAEL PEREZ RAMIREZ,                                          :
*on behalf of himself, FLSA Collective Plaintiffs, and the*             :
*Class*                                                                 :
:
                              Plaintiff,          :     19-cv-7641 (LJL)
     -v-                                                                :
:     ORDER
A SPICE ROUTE, INC. d/b/a TANDOOR PALACE,                               :
ET AL,                                                                  :
:
                              Defendants          :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of Defendants' Letter-Motion for Discovery (Dkt. No. 38), which was filed on April 17, 2020. Plaintiff has not filed a response. *See* Paragraph 4(B) Individual Practices in Civil Cases, Discovery Disputes in Non-*Pro Se* Cases, available at https://nysd.uscourts.gov/hon-lewis-j-liman ("If the opposing party wishes to respond to the letter-motion, the opposition (which should take the form of a letter, not to exceed three single-spaced pages) must be filed on ECF within two business days.").

       IT IS HEREBY ORDERED that the parties shall appear for a telephonic conference on that motion on April 24, 2020 at 12:00 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101.

       SO ORDERED.

Dated: April 22, 2020
       New York, New York                     _____
                                                                  LEWIS J. LIMAN
                                                                United States District Judge