```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SANTIAGO ROCAEL PEREZ RAMIREZ,                                         :
on behalf of himself, FLSA Collective Plaintiffs, and the              :
Class                                                                  :
                                    Plaintiff,                         :      19-cv-7641 (LJL)
              -v-                                                      :
                                                                       :          ORDER
A SPICE ROUTE, INC. d/b/a TANDOOR PALACE,                              :
ET AL,                                                                 :
                                                                       :
                                    Defendants.                        :
-----------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020
```

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Defendants' motion for discovery (Dkt. No. 45). Plaintiff is ORDERED to respond to that motion no later than 5:00 p.m. on June 1, 2020.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic conference on that motion on June 3, 2020 at 3:30 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101.

SO ORDERED.

Dated: May 28, 2020  _____
      New York, New York        LEWIS J. LIMAN
                                           United States District Judge