# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-661-1008
anne@leelitigation.com

May 28, 2020

**Via ECF**

The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The telephonic conference is reset for June 4, 2020 at 4:00 p.m.

5/28/2020

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re: *Perez Ramirez v. A Spice Route, Inc., et al.*
<u>No. 19-CV-7641 (JPO)</u>

Dear Judge Liman:

I am counsel to Plaintiff in the above-captioned action and write to respectfully request an adjournment of the teleconference that was just scheduled for June 3, 2020 to June 4, 2020 or the next available date. The reason for this request is that I am to be engaged in a settlement teleconference with Magistrate Judge Cave during the afternoon of June 3, 2020, beginning at 2:00 p.m. Defendants consent to the adjournment, but asked that the conference be scheduled for the following day, June 4, 2020, in view of upcoming depositions. This is the parties' first request for an extension.

We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc:   Defendants via ECF