```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SANTIAGO ROCAEL PEREZ RAMIREZ,                                    :
on behalf of himself, FLSA Collective Plaintiffs, and the         :
Class                                                             :
                                    Plaintiff,                    :    19-cv-7641 (LJL)
              -v-                                                 :
                                                                  :        ORDER
A SPICE ROUTE, INC. d/b/a TANDOOR PALACE,                         :
ET AL,                                                            :
                                                                  :
                                   Defendants.                    :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2020

LEWIS J. LIMAN, United States District Judge:

As discussed at the status conference, and as further explained in oral rulings that will be memorialized in a forthcoming transcript, the following is HEREBY ORDERED:

1. Within two weeks of this order, Plaintiff shall provide a legible, hand-signed HIPPA authorization form to Defendants.

2. Plaintiff shall respond to Defendants' second Request for Production which requires production from Plaintiff of "all tax filings made by the Plaintiff to any municipality, city, state or the federal government" for "the past six (6) years." (Dkt. No. 45–1 at 3.)

3. Within one week of this order, Plaintiff shall request and produce a "tax transcript," as described in Defendants' Motion for Discovery (Dkt. No. 45 at 2).[1]

4. The parties are permitted to submit a proposed protective order. Such filing should comply with Paragraph 2(F) of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: June 4, 2020
       New York, New York
                                              _____
                                              LEWIS J. LIMAN
                                              United States District Judge

---

[1] The parties are reminded that, pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases, all communications with the Court should be filed on ECF "in text-searchable form."