```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
SANTIAGO ROCAEL PEREZ RAMIREZ,                                      :
on behalf of himself, FLSA Collective Plaintiffs, and the           :
Class                                                               :
                              Plaintiff,                            :      19-cv-7641 (LJL)
        -v-                                                         :
                                                                    :            ORDER
A SPICE ROUTE, INC. d/b/a TANDOOR PALACE,                           :
ET AL,                                                              :
                                                                    :
                              Defendants.                           :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/2020

LEWIS J. LIMAN, United States District Judge:

This morning, the Court **denied without prejudice** the parties' proposed amendment to the Case Management Plan on the grounds that the parties had not demonstrated good cause for doing so.  (Dkt. No. 55.)  Nevertheless, the docket thereafter displayed the proposed deadlines therein.  The following is HEREBY ORDERED:

1. The Clerk of Court is respectfully directed to revert the deadlines back to the deadlines that were in place before this morning's proposed amendment to the Case Management Plan (Dkt. No. 54) was filed, in light of the Court's denial of that proposal.

2. In order to determine whether good cause exists to amend the Case Management Plan, the parties shall advise whether and when Defendants have received or will receive the tax transcript ordered to be produced in Dkt. No. 52.

IT IS FURTHER ORDERED that the proposed protective order (Dkt. No. 56) is SO ORDERED.

Dated: June 10, 2020                              _____
       New York, New York                                  LEWIS J. LIMAN
                                                   United States District Judge