```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SANTIAGO ROCAEL PEREZ RAMIREZ,                          :
*on behalf of himself, FLSA Collective Plaintiffs, and the* :
*Class*                                                  :
                            Plaintiff,            :      19-cv-7641 (LJL)
        -v-                                            :
                                           :      <u>ORDER TO SHOW CAUSE</u>
A SPICE ROUTE, INC. d/b/a TANDOOR PALACE,    :
ET AL,                                                   :
                                           :
                          Defendants.                :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendants' Amended Letter Motion to Compel Relay Delivery and Uber Eats to Respond to Subpoena (Dkt. No. 71 (the "Motion")) and a Certificate of Service (Dkt. No. 72).[1]  The letter represents that Relay Delivery and Uber Eats, who are third parties in this case, have been served with subpoenas pursuant to Federal Rule of Civil Procedure 45 but have failed to respond.  The letter attaches the subpoenas and affidavits of service.

      IT IS HEREBY ORDERED that Relay Delivery and Uber Eats shall show cause in writing, no later than 5:00 p.m. on July 29, 2020, why they should not comply with the above-referenced subpoenas.

      IT IS FURTHER ORDERED that Defendants shall serve a copy of this order on Relay Delivery and Uber Eats.

      The Clerk of Court is respectfully directed to terminate Dkt. No. 71.

Dated: July 10, 2020
       New York, New York                          _____
                                                              LEWIS J. LIMAN
                                                            United States District Judge

---

[1] The Court's earlier order directed that the previously-filed letter-motion to compel (Dkt. No. 69) was denied with prejudice but could be renewed "on notice to the *third parties* referenced below."  ((Dkt. No. 70 (emphasis added).)  The Certificate of Service does not reflect service to "third parties," but rather only to the parties in this case.  (Dkt. No. 72).