UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANTIAGO ROCAEL PEREZ RAMIREZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

        Plaintiff,

  -against-

A SPICE ROUTE, INC.
d/b/a TANDOOR PALACE,
SATYA FOODS, INC.
d/b/a A SAFFRON THREAD,
INDERJEET SINGH,
and MANVEEN SINGH,
                Defendants.

Case No.: 1:19-cv-07641

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants A SPICE ROUTE, INC. d/b/a TANDOOR PALACE, SATYA FOODS, INC. d/b/a A SAFFRON THREAD, INDERJEET SINGH, and MANVEEN SINGH, (collectively, "Defendants") having offered to allow Plaintiff SANTIAGO ROCAEL PEREZ RAMIREZ ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated July 23, 2020 and filed as Exhibit A to Docket Number 77.;

      **WHEREAS**, on July 24, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 77);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 23, 2020 and filed as Exhibit A to Docket Number 77. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: __July 24_____, 2020        _____
New York, New York                             LEWIS J. LIMAN
                                                United States District Judge