**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SANTIAGO ROCAEL PEREZ RAMIREZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

-against-

A SPICE ROUTE, INC.
d/b/a TANDOOR PALACE,
SATYA FOODS, INC.
d/b/a A SAFFRON THREAD,
INDERJEET SINGH,
and MANVEEN SINGH,
    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2021

Case No.: 1:19-cv-07641

**SATISFACTION OF JUDGMENT**

    **WHEREAS**, a judgment was entered in the above action on July 24, 2020, as Docket No. 79, in favor of Plaintiff SANTIAGO ROCAEL PEREZ RAMIREZ, and against Defendants A SPICE ROUTE, INC. d/b/a TANDOOR PALACE, SATYA FOODS, INC. d/b/a A SAFFRON THREAD, INDERJEET SINGH, and MANVEEN SINGH, in the sum amount of Three Thousand Dollars ($3,000.00) and said judgment having been fully paid, and is certified that there are no outstanding executions with any Sheriff or Marshall,

    **THEREFORE**, full satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       January 14, 2021

                                    LEE LITIGATION GROUP, PLLC

                      By: _____
                                    Anne Seelig, Esq.
                                    148 W. 24th Street, Eighth Floor
                                    New York, New York 10011
                                    Tel: (212) 465-1008
                                    Fax: (212) 465-1181

                                    *Attorney for Plaintiff*

STATE OF NEW YORK         )
                                 )  ss.:
COUNTY OF New York       )

On the 14 day of Jan, 2021 before me personally came Anne Seelig to me known and known to be a partner of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

             C.K. Lee
   Notary Public, State of New York
        No. 02LE6134996
    Qualified in New York County
Commission Expires October 11, 2021

                                      _____
                                        Notary Public